ARMCO INTERNATIONAL CORPORATION v. PABLO HOMS, INC.— Motion for leave to appeal to the Court of Appeals or for a reargument and for a stay denied, with

ten dollars costs. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Cohn, JJ.